UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IBEW HEALTH & WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALLSTATE ELECTRIC, INC., a Washington Corporation, <br><br> Defendant. | CASE NO. C04-0953-MAT <br><br><br> MINUTE ORDER |

The following Minute Order is made by direction of the court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

Plaintiffs filed their Motion for Summary Judgment (Dkt. 26) on May 6, 2005. The motion is correctly noted for four Fridays from date of filing, or June 3, 2005. However, notation of the Noting Date was not placed within the caption of the pleading, as required by Local Rule CR 7(b). Counsel for all parties are reminded of their obligation to comply with all applicable local rules when filing with the U.S. District Court, and are specifically directed to review Local Rules 7(b) and 7(d) when filing motions.

In light of the foregoing, the parties are hereby put on notice that plaintiffs' Motion for Summary Judgment (Dkt. 26) is NOTED for    June 3, 2005. As detailed in CR 7(d)(3), Defendant's opposition brief is due no later than May 31, 2005, and plaintiffs' reply brief is due

MINUTE ORDER
PAGE -1

01 no later than June 2, 2005.

02      DATED this  19th  day of  May , 2005.

                                    BRUCE RIFKIN, Clerk

                                    By s/ Gary W. Burnopp
                                         Deputy Clerk

MINUTE ORDER
PAGE -2