|     |     |
| --- | --- |
| 1   | Mark E. Smith |
| 2   | SMITH McKENZIE ROTHWELL |
|     | & BARLOW, P.S. |
| 3   | 500 Union Street, Suite 700 |
|     | Seattle, WA 98101 |
| 4   | (206) 244-9900 |
| 5   | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

LOCAL 191 I.B.E.W. HEALTH &
WELFARE TRUST FUND, et al.,

    Plaintiffs,

v.

ALLSTATE ELECTRIC, INC.,

    Defendant.

NO. CV04-0953

**ORDER DIRECTING EXAMINATION OF JUDGMENT DEBTOR BY WRITTEN INTERROGATORIES IN LIEU OF ORAL EXAMINATION**

Upon plaintiffs' application for an order for the examination of Tommy G. Jones, President of Allstate Electric, Inc., by written interrogatories, proof having been made that an unsatisfied judgment against the defendant exists, it is hereby

ORDERED that Tommy G. Jones be and hereby is required to answer written interrogatories in lieu of an oral examination of judgment debtor, under oath, within 30 days from the date of service of this Order and the attached interrogatories upon him. These interrogatories concern property, which may be in the defendant's possession or control which should be applied towards satisfaction of the judgment rendered in this action.

On the date upon which Tommy G. Jones answers such interrogatories, he will be

ORDER DIR. EXAM OF JUDGMENT DEBTOR
BY WRITTEN INTERROGATORIES - 1

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

5300 052 gill41802 10/4/05

placed under oath by a notary public and shall answer separately and fully, in writing, the attached interrogatories propounded by the plaintiffs herein. He has the right to have his own attorney present.

Furthermore, on the date upon which Tommy G. Jones answers such interrogatories, he will affix his name at the end of such interrogatories, and have his signature notarized by a notary public, whereupon, the original interrogatories will be returned to Counsel for the plaintiffs for filing.

IF TOMMY G. JONES DOES NOT PROVIDE ANSWERS TO THESE WRITTEN INTERROGATORIES WITHIN 30 DAYS FROM THE DATE OF SERVICE UPON HIM an Order of Warrant of Contempt of Court may be issued.

DATED this 4th day of October, 2005.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented By:

s/ Mark E. Smith
Mark E. Smith, WSBA #30924
SMITH, McKENZIE ROTHWELL
 & BARLOW, P.S.
Attorneys for Plaintiffs

ORDER DIR. EXAM OF JUDGMENT DEBTOR
BY WRITTEN INTERROGATORIES - 2

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

5300 072 gill418t02 10/4/05